# UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>    Plaintiff,<br> vs.<br><br>SALVATION TAUMATE ESE,<br><br>    Defendants. | 3:11-mj-145-JDR<br><br>**ORDER OF DISMISSAL**<br><br>(Docket No. 2) |

    Having considered the motion filed by the United States to dismiss, without prejudice, the Complaint in this case, IT IS HEREBY ORDERED that pursuant to Rule 48(a), Fed. R. Crim. P., the Complaint is DISMISSED without prejudice, and arrest warrant quashed.

    IT IS SO ORDERED.

    DATED this 9th day of September, 2011, at Anchorage, Alaska.

                /s/ John D. Roberts
                JOHN D. ROBERTS
                United States Magistrate Judge